

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-01011-CR

Elva L. **MONTEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 700499
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED October 30, 2024.

Beth Watkins, Justice